IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GROUND ZERO MUSEUM WORKSHOP,            :
et al.
                                        :
    v.                                  :   Civil Action No. DKC 09-3288
                                        :
WILLIAM WILSON
                                        :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 22nd day of September, 2010, by the United States District Court for the District of Maryland, ORDERED that:

1.   The motion to dismiss filed by Plaintiffs Ground Zero Museum Workshop and Gary Marlon Suson (Paper 10) BE, and the same hereby IS, DENIED;

2.   The clerk will transmit copies of this Memorandum Opinion and Order to counsel for the parties.

                                    /s/
                        _____
                        DEBORAH K. CHASANOW
                        United States District Judge